

**OHRENSTEIN & BROWN, LLP**
COUNSELORS AT LAW

1305 FRANKLIN AVENUE, SUITE 300, PO BOX 9243, GARDEN CITY, NY 11530-9243 TEL: 516-873-6334 FAX: 516-873-8912
WWW.OANDB.COM

September 30, 2015

**Delivered ECF**
Honorable James L. Cott
United States District Court
Southern District of New York
500 Pearl Street, Room 1640
New York, NY 10007

      Re:    Plaintiff's Motion to Strike (Docket No. 136)
              *AmTrust, et al v. Safebuilt Insurance Services, et al v. Network et al*
              Case No.: 14-CV-9494
              Our File No.: 3639-006

Dear Honorable Judge Cott:

      Plaintiffs and Defendants/Third-Party Plaintiffs jointly submit this letter to request that the Court hold in abeyance Plaintiffs' pending motion to strike (*see* Docket No. 136) without prejudice. Per Judge McMahon's instruction at the September 24, 2105 conference, answering papers are currently due this Wednesday, September 30, 2015.

      This request is engendered by Defendant Safebuilt's assurance that they will produce its general ledgers on or before October 6, 2015.

      Respectfully submitted,

OHRENSTEIN & BROWN, LLP
*Attorneys for Plaintiffs and Third-Party Defendant Builders & Tradesmen's Insurance Services. Inc.*

By: _____s/_____
      Michael D. Brown, Esq.
      Matt Bryant, Esq.
1305 Franklin Ave., Suite 300
Garden City, NY 11530

HARRIS BEACH, PLLC
*Attorneys for Defendants/Third-Party-Plaintiffs*

By: _____s/_____
Brian A. Bender, Esq.
Peri A. Berger, Esq.
100 Wall St. 23rd Floor
New York, NY 1005

cc: **ECF All Parties of Record**
     **courtesy copy to Chambers via Fed Ex**

*Application granted.*
*So ORDERED.*
*James L. Cott*
*USMJ 9/30/15*